UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

Vanessa Paramita

Debtors

Case No.: 17-17567

Adv. No:

Hearing Date:

Chapter: 13

Judge: Christine M. Gravelle

# CERTIFICATION IN OPPOSITION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Vanessa Paramita, the Debtor in the above-captioned matter, by way of Certification in Opposition to the Application for early termination of loss mitigation period, do hereby certify and say:

1. The Confirming Order dated September 22, 2017 gives me until March 20, 2018 to obtain a loan modification.
2. I ask that the loss mitigation period be extended and not terminated according to the terms of the confirming order.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

Dated: October 2, 2017

/s/ Vanessa Paramita
VANESSA PARAMITA