Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 17−17567−CMG
          Chapter: 13
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Vanessa Paramita
  aka Vanessa Slaght
  19 Nicole Court
  Freehold, NJ 07728

Social Security No.:
  xxx−xx−3646

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 19, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 40 − 36
Order Granting Application for Early Termination of Loss Mitigation (Related Doc # 36). Loss Mitigation Period Terminated: immediately. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2017. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2017
JAN: dmi

                                                                 Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa Paramita  
    Debtor

Case No. 17-17567-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 19, 2017  
                      Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.  
lm           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096  
                 (address filed with court:    NATIONSTAR MORTGAGE,    350 Highland Drive,    Lweisville, Tx    75067)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:  
        Albert    Russo     docs@russotrustee.com  
        Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg     on behalf of Creditor     Nationstar Mortgage LLC cmecf@sternlav.com  
        Maurice    Giro     on behalf of Interested Party Arthur    Slaght maurice@girolaw.com  
        Maurice    Giro     on behalf of Creditor Arthur    Slaght maurice@girolaw.com  
        Michael D Fitzgerald, I     on behalf of Interested Party    Monmouth County Sheriff's Office michael.fitzgerald@co.monmouth.nj.us  
        Rebecca Ann Solarz     on behalf of Creditor     Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6 rsolarz@kmllawgroup.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
        William H. Oliver, Jr.     on behalf of Debtor Vanessa    Paramita bkwoliver@aol.com, r59915@notify.bestcase.com  
                                                                                                      TOTAL: 9