UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6

In Re:
    Vanessa Paramita,

Debtor



Order Filed on March 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-17567 CMG

Adv. No.:

Hearing Date: 12/6/2017 @ 9am

Judge: Christine M. Gravelle

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 9, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Vanessa Paramita
Case No:  17-17567 CMG
Caption of Order:  ORDER VACATING AUTOMATIC STAY
_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 19 Nicole Court Freehold, NJ 07728, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver Jr. , Esq., attorney for Debtor, and for good cause having been shown

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 19 Nicole Court Freehold, NJ 07728 is hereby vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursued its rights in 19 Nicole Court Freehold, NJ 07728; and

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that the Sheriffs Sale will not take place as to 19 Nicole Court Freehold, NJ 07728 until after 5/5/2018; and

  It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives.  Additionally, any purchaser of the property at Sheriff's Sale or their assign, may take any legal action for enforcement of its right to possession of the property; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved and Relief is Granted.