Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−17567−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vanessa Paramita
   aka Vanessa Slaght
   19 Nicole Court
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−3646

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 22, 2017.

On 5/21/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:        July 18, 2018
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 21, 2018
JAN: gan

                                                        Jeanne Naughton
                                                        Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 17-17567-CMG
Vanessa Paramita                                              Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                   Date Rcvd: May 21, 2018
                              Form ID: 185                 Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db             +Vanessa Paramita,    19 Nicole Court,    Freehold, NJ 07728-9543
intp           +Arthur Slaght,    c/o Maurice Giro, Esq.,    90 Main Street,   Suite 102,
                 Hackensack, NJ 07601-7129
intp           +Monmouth County Sheriff's Office,    Monmouth County Counsel's Office,
                 Hall of Records, Room 236,    One East Main Street,    Freehold, NJ  07728,
                 UNITED STATES 07728-2278
lm            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NATIONSTAR MORTGAGE,     350 Highland Drive,    Lweisville, Tx  75067)
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,   105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
517047235       CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516784935      +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
516944823      +Deutsche Bank National Trust Company,    Nationstar Mortgage LLC,   Attn: Bankruptcy Dept,
                 PO Box 619094,   Dallas, TX 75261-9094
516767241      +Fernando Iamurri,    289 Stuyvesant Ave,   Lyndhurst, NJ 07071-1842
516767243      +Lomurro, Davison, Eastman & Munoz,   Monmouth Executive Center,    100 Willowbrook Rd., Bldg 1,
                 Freehold, NJ 07728-5920
516767245      +Milstead & Associates,    1 E. Stow Road,    Marlton, NJ 08053-3118
516767246      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516991805     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,     Department of Treasury,
                 Division of Taxation,   PO Box 245,    Trenton, NJ 08695-0245)
516767248       State of  New Jersey,   Department of Treasury,    P. O. Box 002,   Trenton, NJ 08625-0002
516767249      +Trojan Professional,    4410 Cerritos Ave,   Los Alamitos, CA 90720-2549
516767250      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2018 23:58:07      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2018 23:58:03      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516767239      +E-mail/Text: bankruptcy@cavps.com May 21 2018 23:58:18      Calvary Portfolio Services,
                 500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
516767240      +E-mail/PDF: creditonebknotifications@resurgent.com May 22 2018 00:03:02      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
516767242       E-mail/Text: cio.bncmail@irs.gov May 21 2018 23:57:40      Internal Revenue Service,
                 Special Procedures,   Bankruptcy Section,    P.O. Box 724,   Springfield, NJ 07081
516922149       E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2018 00:09:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516767244      +E-mail/Text: M74banko@daimler.com May 21 2018 23:58:54      Mercedes-Benz Financial,
                 Po Box 685,   Roanole, TX 76262-0685
516767247       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 00:02:59
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
517054262       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 00:03:37
                 Portfolio Recovery Associates, LLC,   c/o Mbna,   POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516767237       Arthur Slaght
cr*            +Arthur Slaght,    c/o Maurice Giro, Esq.,   90 Main Street,   Suite 102,
                 Hackensack, NJ 07601-7129
516767238     ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                                 TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 21, 2018
                              Form ID: 185             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6
               bkyefile@rasflaw.com
              Maurice   Giro    on behalf of Interested Party Arthur   Slaght maurice@girolaw.com
              Maurice   Giro    on behalf of Creditor Arthur   Slaght maurice@girolaw.com
              Michael D Fitzgerald, I    on behalf of Interested Party    Monmouth County Sheriff's Office
               michael.fitzgerald@co.monmouth.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Vanessa   Paramita bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 10
```