UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

**Order Filed on July 23, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

VANESSA PARAMITA

                    Debtor

Case No.:  17-17567

Adv. No:

Hearing Date:  7-18-18 @ 9:00 A.M.

Chapter: 13

Judge:  Christine M. Gravelle

## ORDER TO EXPUNGE PROOF OF CLAIM #5 FILED BY CACH, LLC, Assignee of FIA CARD SERVICES, N.A., and RESURGENT CAPITAL SERVICES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: July 23, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:        Vanessa Paramita
Case No.      17-17567(CMG)
Caption of Order:   ORDER TO EXPUNGE PROOF OF CLAIM #5 FILED BY CACH, LLC, Assignee of FIA CARD SERVICES, N.A., and RESURGENT CAPITAL SERVICES
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Expunge Proof of Claim #5 filed by CACH, LLC, assignee of FIA Card Services, N.A., and Resurgent Capital Services  and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #5 filed by CACH, LLC, assignee of FIA Card Services, N.A., and Resurgent Capital Services shall be and is hereby expunged; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within ___5___ days of the date hereof.