| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | **Order Filed on July 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>VANESSA PARAMITA<br>                Debtor | Case No.: 17-17567<br><br>Adv. No:<br><br>Hearing Date: 7-18-18 @ 9:00 A.M.<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

**ORDER TO EXPUNGE PROOF OF CLAIM #6 FILED BY
PORTFOLIO RECOVERY ASSOCIATES, LLC c/o MBNA**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: July 23, 2018**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     Vanessa Paramita
Case No.    17-17567(CMG)
Caption of Order:  ORDER TO EXPUNGE PROOF OF CLAIM #6 FILED BY PORTFOLIO RECOVERY ASSOCIATES, LLC c/o MBNA
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Expunge Proof of Claim #6 filed by Portfolio Recovery Associates, LLC c/o MBNA and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #6 filed by Portfolio Recovery Associates, LLC c/o MBNA shall be and is hereby expunged; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.