| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on July 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>VANESSA PARAMITA<br>                    Debtor | Case No.: 17-17567<br><br>Adv. No:<br><br>Hearing Date: 7-18-18 @ 9:00 A.M.<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

### ORDER TO EXPUNGE PROOF OF CLAIM #6 FILED BY
### PORTFOLIO RECOVERY ASSOCIATES, LLC c/o MBNA

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: July 23, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:     Vanessa Paramita
Case No.    17-17567(CMG)
Caption of Order:  ORDER TO EXPUNGE PROOF OF CLAIM #6 FILED BY PORTFOLIO RECOVERY ASSOCIATES, LLC c/o MBNA
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Expunge Proof of Claim #6 filed by Portfolio Recovery Associates, LLC c/o MBNA and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #6 filed by Portfolio Recovery Associates, LLC c/o MBNA shall be and is hereby expunged; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa Paramita  
    Debtor

Case No. 17-17567-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.  
db           +Vanessa Paramita,   19 Nicole Court,    Freehold, NJ 07728-9543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
          GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
         Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
          GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6  
          bkyefile@rasflaw.com  
         Maurice   Giro    on behalf of Creditor Arthur   Slaght maurice@girolaw.com  
         Maurice   Giro    on behalf of Interested Party Arthur   Slaght maurice@girolaw.com  
         Michael D Fitzgerald, I    on behalf of Interested Party    Monmouth County Sheriff's Office  
          michael.fitzgerald@co.monmouth.nj.us  
         Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
          GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6  
          rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Debtor Vanessa   Paramita bkwoliver@aol.com,  
          R59915@notify.bestcase.com  
                                                                                          TOTAL: 11