**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Vanessa Paramita | Social Security number or ITIN  xxx–xx–3646 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–17567–CMG | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vanessa Paramita
aka Vanessa Slaght

1/17/19                                                        **By the court:** Christine M. Gravelle
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa Paramita  
    Debtor

Case No. 17-17567-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jan 17, 2019  
                     Form ID: 3180W    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.

```
db              #+Vanessa Paramita,    19 Nicole Court,    Freehold, NJ 07728-9543
intp             +Arthur Slaght,    c/o Maurice Giro, Esq.,    90 Main Street,    Suite 102,
                   Hackensack, NJ 07601-7129
intp             +Monmouth County Sheriff's Office,    Monmouth County Counsel's Office,
                   Hall of Records, Room 236,    One East Main Street,    Freehold, NJ  07728,
                   UNITED STATES 07728-2278
lm              ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court:  NATIONSTAR MORTGAGE,     350 Highland Drive,    Lweisville, Tx  75067)
cr               +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                   Suite 302,    Roseland, NJ 07068-1640
517047235         CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516784935        +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid P.L.,
                   6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516944823        +Deutsche Bank National Trust Company,    Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,
                   PO Box 619094,    Dallas, TX 75261-9094
516767241        +Fernando Iamurri,    289 Stuyvesant Ave,    Lyndhurst, NJ 07071-1842
516767243        +Lomurro, Davison, Eastman & Munoz,    Monmouth Executive Center,    100 Willowbrook Rd., Bldg 1,
                   Freehold, NJ 07728-5920
516767245        +Milstead & Associates,    1 E. Stow Road,    Marlton, NJ 08053-3118
516767246        +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516991805       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,     Department of Treasury,
                   Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516767248         State of  New Jersey,    Department of Treasury,    P. O. Box 002,    Trenton, NJ 08625-0002
516767249        +Trojan Professional,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549
516767250        +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2019 00:10:50     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2019 00:10:47     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516767238       +EDI: BANKAMER.COM Jan 18 2019 04:43:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                   Greensboro, NC 27420-6012
516767239       +E-mail/Text: bankruptcy@cavps.com Jan 18 2019 00:11:16      Calvary Portfolio Services,
                   500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
516767240       +EDI: RCSFNBMARIN.COM Jan 18 2019 04:43:00      Credit One Bank Na,    Po Box 98873,
                   Las Vegas, NV 89193-8873
516767242        EDI: IRS.COM Jan 18 2019 04:43:00      Internal Revenue Service,    Special Procedures,
                   Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
516922149        EDI: RESURGENT.COM Jan 18 2019 04:43:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
516767244       +EDI: DAIMLER.COM Jan 18 2019 04:43:00      Mercedes-Benz Financial,    Po Box 685,
                   Roanole, TX 76262-0685
516767247        EDI: PRA.COM Jan 18 2019 04:43:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517054262        EDI: PRA.COM Jan 18 2019 04:43:00      Portfolio Recovery Associates, LLC,    c/o Mbna,
                   POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516767237         Arthur Slaght
cr*              +Arthur Slaght,    c/o Maurice Giro, Esq.,    90 Main Street,    Suite 102,
                   Hackensack, NJ 07601-7129
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 17, 2019
                              Form ID: 3180W           Total Noticed: 26
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2019 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6
           bkyefile@rasflaw.com
          Maurice    Giro     on behalf of Interested Party Arthur    Slaght maurice@girolaw.com
          Maurice    Giro     on behalf of Creditor Arthur    Slaght maurice@girolaw.com
          Michael D Fitzgerald, I    on behalf of Interested Party    Monmouth County Sheriff's Office
           michael.fitzgerald@co.monmouth.nj.us
          Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           GSAA Home Equity Trust 2007-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Vanessa    Paramita bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 11
```